NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE ORINDA INTELLECTUAL PROPERTIES USA HOLDING GROUP, INC.

---

2014-1310

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Reexamination No. 90/009,654.

---

## JUDGMENT

---

CRAIG R. KAUFMAN, Techknowledge Law Group LPC, of Redwood Shores, California, argued for appellant.

MOLLY R. SILFEN, Associate Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia argued for appellee. With her on the brief were NATHAN K. KELLEY, Solicitor, and WILLIAM LAMARCA, Associate Solicitor.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (REYNA, WALLACH, and TARANTO, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


 November 5, 2014         /s/  Daniel  E.  O'Toole
Date                   Daniel E. O'Toole
                         Clerk of Court